UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. ) |
| DEANDRE CHAVEZ LITTLE, | ) 1:19-cr-0297 JRS-TAB ) ) |
| Defendant. | ) |

**INDICTMENT**

**COUNT 1**
**(Felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1))**

The Grand Jury charges that:

On or about June 11, 2019, in the Southern District of Indiana, Indianapolis Division, DEANDRE CHAVEZ LITTLE, the defendant herein, knowingly possessed in and affecting interstate commerce a firearm, to wit, one Glock Model 23 .40 caliber handgun, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Burglary, on or about December 10, 2009, in Marion County, Indiana (No. 49G06-0903-FB-029352) and/or Resisting Law Enforcement, on or about December 13, 2013, in Marion County, Indiana (No. 49F15-1309-FD-062093).

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1.  The allegations of this indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice of the United States's intent to seek forfeiture of property

as part of any sentence imposed in accordance with Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in this indictment, DEANDRE CHAVEZ LITTLE, the defendant herein, shall forfeit to the United States any firearm involved in or used in the offense set forth in this indictment.

A TRUE BILL:

_____
FOREPERSON

Josh J. Minkler
United States Attorney

by: _____
William L. McCoskey
Assistant United States Attorney